# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 10-00224-01-CR-W-DW |
| CHARLES M. CHIVERS, | ) |
| Defendant. | ) |

# ORDER

Before the Court is Magistrate Judge Larsen's Report and Recommendation to Deny Defendant Charles Chivers' (the "Defendant") Motion to Suppress Evidence (Doc. 65). The Defendant filed Objections to the Report and Recommendation (Doc. 66), and the Government filed a response to those objections (Doc. 68).

After an independent review of the record, the applicable law and the parties' arguments, the Court ADOPTS the Magistrate's Report and Recommendation (Doc. 65). Accordingly, the Court orders that the Magistrate's Report and Recommendation be attached to and made a part of this Order, and DENIES the Defendant's Motion to Suppress Evidence (Doc. 53).

IT IS SO ORDERED.

Date: March 7, 2012                         /s/ Dean Whipple
                                            Dean Whipple
                                            United States District Judge